# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | |
| ASSIGNMENT OF CASES INVOLVING | ) | GENERAL ORDER |
| BERKSHIRE HATHAWAY OR ITS | ) | |
| SUBSIDIARIES AS PARTIES | ) | No. 2010-07 |

To avoid potential conflicts, of interest, the Nebraska Judicial Council has agreed that all cases filed on the Omaha docket subsequent to the date of this order in which Berkshire Hathaway or one of its subsidiaries is a party shall be assigned to United States District Judge Laurie Smith Camp or Senior United States District Judge Lyle E. Strom. United States Magistrate Judge Cheryl R. Zwart will be directly assigned for full pretrial management on cases assigned to Judge Smith Camp. Magistrate Judge Zwart will be directly assigned to cases assigned to Judge Strom, but will handle pretrial matters only as he directs.

All cases filed on the Lincoln and North Platte dockets subsequent to the date of this order in which Berkshire Hathaway or one of its subsidiaries is a party shall be directly assigned to United States Magistrate Judge Zwart for full pretrial management. Magistrate Zwart may also be assigned cases filed on the Lincoln and North Platte dockets in which Berkshire Hathaway or one of its subsidiaries is a party either randomly from the wheel or by consent of the parties.

The court will identify a corporate entity as a Berkshire Hathaway subsidiary based solely on information that the entity discloses in the disclosure statement required by Federal Rule of Civil Procedure 7.1 and Federal Rule of Criminal Procedure 12.4. This disclosure statement must be filed in each new case in which the corporate entity is a party.

The clerk's office is directed to file a copy of this order in each case assigned or reassigned to Judge Smith Camp, Judge Strom, or Magistrate Judge Zwart because Berkshire Hathaway or one of its subsidiaries is a party.

This order shall take effect immediately and rescinds General Order 2010-04 and General Order 2007-19.

IT IS SO ORDERED.

DATED this 17th day of May, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge