IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERMAN OSBORN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3142 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

On the plaintiff's unopposed request,

IT IS ORDERED that the plaintiff's expert disclosure in the pretrial conference order (filing no. 59, p. 15) is amended as follows:

The Plaintiff expects to call to testify by deposition as expert witnesses the following persons in the above case:

\*\*\*    Laren Roper, MS. OTR/L
       Great Plains Regional Medical Center/North Platte
       601 W. Leota
       P.O. Box 1167
       North Platte, NE 69103
       308-535-7456

\*\*\*    Michael C. Kaplan, M.D.
       Gem City Bone & Joint
       1909 Vista Drive
       Laramie, WY 82070

\*\*\*(Subject to objection by defendant to certain portions of their testimony) Their depositions have already been taken and their qualifications are set out in their depositions. Objections need to be ruled on in each deposition.

       Jack Green, M.Ed., CRC, LPC
       Work in Progress
       12165 West Center Rd., Suite57
       Omaha, NE 68144

  Jack Green has not been deposed and plaintiff intends to call him live at trial. Jack Green's qualifications are set out in his CV which is attached.

April 15, 2011        BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge

Sherman Osborn
Professional Disclosure Form for Vocational Evaluation
Page 3 of 4

## Addendum: Curriculum Vitae

Jack Greene, M.Ed., CRC, LPC

*Work In Progress*
12165 West Center Road, Suite 57
Omaha, Nebraska 68144
(402) 334-2900

**Professional Experience:**

| | |
|---|---|
| 8/00 - Present | Work In Progress<br>Omaha, Nebraska<br>Vocational Rehabilitation Counselor |
| 9/85 - 8/00 | Quality Solutions<br>Omaha, Nebraska<br>Vocational Rehabilitation Counselor |
| 2/84 - 7/85 | Rehabilitation Professionals, Inc.<br>Bellevue, Nebraska<br>Vocational Rehabilitation Counselor |
| 6/77 - 8/85 | Division of Rehabilitation Services, State of Nebraska<br>Omaha, Nebraska |

**Education:**

| | |
|---|---|
| 1977 | M.Ed., University of Missouri, Columbia<br>(accredited by Council on Rehabilitation Education, CORE)<br>Major: Vocational Rehabilitation Counseling |
| 1975 | B.S., State University of New York at Cortland<br>Major: Psychology |

CEIVED
DEC 2 ? 2004
Wo... ...

Exhibit 108 Page 19 of 38

Sherman Osborn
Professional Disclosure Form for Vocational Evaluation
Page 4 of 4

### Certifications:

| | |
|---|---|
| 9/86 - Present | Certified Rehabilitation Counselor (CRC) Certification #C-35254 |
| 1988 - Present | State of Nebraska Professional Counselor Certification #45 |
| 1994 - Present | Nebraska Workers' Compensation Court Certified Vocational Counselor Certification #PC 0084 |

### Licensure:

| | |
|---|---|
| 1988 - Present | State of Nebraska Mental Health Practitioner License #626 |

### Associations:

| | |
|---|---|
| 1986 - Present | International Association of Rehabilitation Professionals |
| 1988 - 1989 | Past President of the Nebraska Chapter: International Association of Rehabilitation Professionals |
| 1995 - Present | American Counseling Association |
| 1995 - Present | National Rehabilitation Association |
| 2001 – Present | National Rehabilitation Association of Job Placement and Development |



RECEIVED
DEC ?? 2004
Wo...

Exhibit 108 Page 20 of 38