IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERMAN OSBORN, | ) |
| Plaintiff, | ) 4:10CV3142 |
| v. | ) |
| BNSF RAILWAY COMPANY, | ) ORDER ON MOTION TO DISMISS WITH PREJUDICE |
| Defendant. | ) |

IT IS ORDERED that the plaintiff's Motion to Dismiss with Prejudice, filing 70, is granted. The plaintiff's complaint and all causes of action contained therein are dismissed with prejudice with each party to pay his or its own costs. The complete record is waived.

Dated August 22, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge